UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**RECEIVED**

SEP 02 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jeremiah M Dean
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:16-cv-8670
Judge Thomas M. Durkin
Magistrate Judge Jeffrey T. Gilbert
PC2

vs.

Thomas J Dart
_____
_____
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

CHECK ONE ONLY:

   ✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
           U.S. Code (state, county, or municipal defendants)

          COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331 U.S. Code (federal defendants)

          OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Jeremiah Dean

   B. List all aliases: _____

   C. Prisoner identification number: M22528

   D. Place of present confinement: Sheridan Correctional Center

   E. Address: 4017 E 2603 Rd Sheridan IL 60551

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: _____

      Title: _____

      Place of Employment: _____

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: __N A__

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was incarcerated in Cook County Jail's Division 1 from 9/20/15 to 9/25/15. Then shipped to Hill Correctional Center to finish my parole. I returned back to Cook County on 12/24/15 where I was placed back in division 1 where I stayed until 2/14/16. During my time in division 1 I was subjected to taking showers with mold all over the floor and walls of the showers in both AB0 and G2. I also was subjected to breathing in asbestos.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to hold Cook County Jail responsible for subjecting me to inhuman conditions, and I would like to be added to the class Action Lawsuit list please.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8__ day of __29__, 20__16__

State of _Ill_ County of _LaSalle_
Signed before me on this _29th_ day
of _August_ 20_16_ by _Jeremiah Dean_
Notary Public _Gail L Sessler_

_Jeremiah Dean_
(Signature of plaintiff or plaintiffs)

"OFFICIAL SEAL"
GAIL L SESSLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/04/2017

Jeremiah Dean
(Print name)

M22528
(I.D. Number)

4017 E 2603 Rd Sheridan IL 60551
(Address)

6

Revised 9/2007



Jeremiah Dean M22528C-13 B-14
Sheridan Correctional Center
4017 E 2603 Road
Sheridan IL 60551

Prisoner Correspondence

219 S Dearborn
Chicago IL 60604

1:16-cv-8670
Judge Thomas M. Durkin
Magistrate Judge Jeffrey T. Gilbert
PC2

Legal Mail